# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**FILED**
OCT 15 2025
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| CATALIN CRACIUN (1) | Case Number: 3:24-CR-00967-JAH |

Andrew M Stein
Defendant's Attorney

**USM Number** 13512-506

☐ -

THE DEFENDANT:

☒ pleaded guilty to count(s)   1 and 2 of the Information

☐ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offense(s):

| **Title and Section / Nature of Offense** | **Count** |
|---|---|
| 18:1029(a)(2),(B)(1),1029(c)(1)(A)(i);18:982(a)(2)(B),1029(c)(1)(C) - Use Of Unauthorized Access Devices; Criminal Forfeiture | 1 |
| 18:1029(a)(2),(B)(2),1029(c)(1)(A)(i);18:982(a)(2)(B),1029(c)(1)(C) - Conspiracy To Commit Access Device Fraud; Criminal Forfeiture | 2 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ is   dismissed on the motion of the United States.

☒ Assessment : $200.00 waived

☐ JVTA Assessment*: $ -

*Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.

☒ No fine   ☒ Forfeiture pursuant to order filed   4/28/2025   , included herein.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 8, 2025
Date of Imposition of Sentence

_/s/ John A. Houston_
HON. JOHN A. HOUSTON
UNITED STATES DISTRICT JUDGE

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | CATALIN CRACIUN (1) | Judgment - Page **2** of **6** |
| CASE NUMBER: | 3:24-CR-00967-JAH | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 30 months as to each count 1 and 2 to run concurrent for a total of 30 months.

☐ Sentence imposed pursuant to Title 8 USC Section 1326(b).
☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant must surrender to the United States Marshal for this district:

    ☐ at _____ A.M. on _____
    ☐ as notified by the United States Marshal.

☐ The defendant must surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ on or before
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

3:24-CR-00967-JAH

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | CATALIN CRACIUN (1) | Judgment - Page **3** of **6** |
| CASE NUMBER: | 3:24-CR-00967-JAH | |

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant will be on supervised release for a term of:
3 years as to each count 1 and 2 to run concurrent for a total of 3 years.

## MANDATORY CONDITIONS

1. The defendant must not commit another federal, state or local crime.
2. The defendant must not unlawfully possess a controlled substance.
3. The defendant must not illegally possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court. Testing requirements will not exceed submission of more than 4 drug tests per month during the term of supervision, unless otherwise ordered by the court.
   ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (check if applicable)
4. ☐ The defendant must make restitution in accordance with 18 U.S.C. §§ 3663 and 3663A or any other statute authorizing a sentence of restitution. (check if applicable)
5. ☒ The defendant must cooperate in the collection of DNA as directed by the probation officer. (check if applicable)
6. ☐ The defendant must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, et seq.) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where the defendant resides, works, is a student, or was convicted of a qualifying offense. (check if applicable)
7. ☐ The defendant must participate in an approved program for domestic violence. (check if applicable)

The defendant must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

3:24-CR-00967-JAH

| DEFENDANT: | CATALIN CRACIUN (1) | Judgment - Page **4** of **6** |
|---|---|---|
| CASE NUMBER: | 3:24-CR-00967-JAH | |

## STANDARD CONDITIONS OF SUPERVISION

As part of the defendant's supervised release, the defendant must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for the defendant's behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in the defendant's conduct and condition.

1. The defendant must report to the probation office in the federal judicial district where they are authorized to reside within 72 hours of their release from imprisonment, unless the probation officer instructs the defendant to report to a different probation office or within a different time frame.

2. After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when the defendant must report to the probation officer, and the defendant must report to the probation officer as instructed.

3. The defendant must not knowingly leave the federal judicial district where the defendant is authorized to reside without first getting permission from the court or the probation officer.

4. The defendant must answer truthfully the questions asked by their probation officer.

5. The defendant must live at a place approved by the probation officer. If the defendant plans to change where they live or anything about their living arrangements (such as the people living with the defendant), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

6. The defendant must allow the probation officer to visit them at any time at their home or elsewhere, and the defendant must permit the probation officer to take any items prohibited by the conditions of their supervision that he or she observes in plain view.

7. The defendant must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses the defendant from doing so. If the defendant does not have full-time employment the defendant must try to find full-time employment, unless the probation officer excuses the defendant from doing so. If the defendant plans to change where the defendant works or anything about their work (such as their position or their job responsibilities), the defendant must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, the defendant must notify the probation officer within 72 hours of becoming aware of a change or expected change.

8. The defendant must not communicate or interact with someone they know is engaged in criminal activity. If the defendant knows someone has been convicted of a felony, they must not knowingly communicate or interact with that person without first getting the permission of the probation officer.

9. If the defendant is arrested or questioned by a law enforcement officer, the defendant must notify the probation officer within 72 hours.

10. The defendant must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

11. The defendant must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.

12. If the probation officer determines the defendant poses a risk to another person (including an organization), the probation officer may require the defendant to notify the person about the risk and the defendant must comply with that instruction. The probation officer may contact the person and confirm that the defendant notified the person about the risk.

13. The defendant must follow the instructions of the probation officer related to the conditions of supervision.

3:24-CR-00967-JAH

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | CATALIN CRACIUN (1) | Judgment - Page **5** of **6** |
| CASE NUMBER: | 3:24-CR-00967-JAH | |

## SPECIAL CONDITIONS OF SUPERVISION

1. If deported, excluded or allowed to voluntarily return to country of origin, not reenter the United States illegally and report to the probation officer within 24 hours of any reentry into the United States; supervision waived upon deportation, exclusion, or voluntary departure.

//

3:24-CR-00967-JAH

AO 245B (CASD Rev. 1/19) Judgment in a Criminal Case

| | | |
|---|---|---|
| DEFENDANT: | CATALIN CRACIUN (1) | Judgment - Page **6** of **6** |
| CASE NUMBER: | 3:24-CR-00967-JAH | |

## RESTITUTION

The defendant shall pay restitution in the amount of $223,240 unto the United States of America.

This sum shall be paid as follows:

Pay restitution in the amount of $223,240 through the Clerk U.S. District Court. Payment of restitution shall be forthwith. During any period of incarceration, the defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of the defendant's income, or $25.00 per quarter, whichever is greater. The defendant shall pay the restitution during his supervised release at the rate of $500 per month. These payment schedules do not foreclose the United States from exercising all legal actions, remedies, and process available to it to collect the restitution judgment.

Restitution is to be paid to the following victims and distribution is to be made on a pro rata basis.

Victim information is outlined in the financial addendum outlined in the plea agreement.

Until restitution has been paid, the defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in the defendant's mailing or residence address, no later than thirty (30) days after the change occurs.

The Court has determined that the defendant does not have the ability to pay interest. It is ordered that:

The interest requirement is waived.

Restitution in the amount of $223,240 is payable without interest.

3:24-CR-00967-JAH

*United States v. Catlin Craciun*, 24cr0967-JAH

## Exhibit A – Restitution Table

| Name | Account # Last 4 Digits | Loss Amount | Loss Date & Time |
|---|---|---|---|
| A, A | 8656 | $1,260.00 | 1/1/2024 0:35 |
| A, B | 0413 | $1,000.00 | 11/2/2023 0:25 |
| A, C A | 2395 | $1,100.00 | 1/1/2024 0:36 |
| A, C E | 0169 | $1,640.00 | 1/1/2024 0:58 |
| A, D | 6334 | $860.00 | 11/2/2023 1:08 |
| A, D M | 5368 | $1,000.00 | 2/1/2024 6:16 |
| A, G Y | 3735 | $1,000.00 | 2/1/2024 6:18 |
| A, J L | 2966 | $1,020.00 | 1/1/2024 0:39 |
| A, M G | 7358 | $1,500.00 | 11/1/2023 1:35, 1:53 |
| A, N R | 7353 | $820.00 | 11/2/2023 0:45 |
| A, N Y | 9240 | $200.00 | 2/4/2024 6:11 |
| A, S D | 4977 | $580.00 | 2/1/2024 6:24 |
| A, Z | 5941 | $1,400.00 | 1/2/2024 0:31 |
| A B, E L | 3091 | $820.00 | 2/1/2024 6:40 |
| B, A | 0006 | $580.00 | 2/1/2024 6:34 |
| B, B | 8573 | $1,000.00 | 11/2/2023 0:22 |
| B, D | 6205 | $200.00 | 11/2/2023 1:42 |
| B, E | 9559 | $100.00 | 3/2/2024 6:29 |
| B, J C | 9365 | $580.00 | 2/1/2024 6:29 |
| B, L (1) | 3006 | $800.00 | 2/2/2024 6:36 |
| B, L (2) | 0773 | $920.00 | 11/2/2023 0:52 |
| B, L (3) | 1516 | $920.00 | 11/2/2023 0:54 |
| B, M | 3721 | $1,640.00 | 1/1/2024 0:56 |
| B, M J | 5718 | $580.00 | 2/1/2024 6:21 |
| B, M N | 5959 | $1,640.00 | 1/1/2024 0:43 |
| B, N L | 1347 | $1,500.00 | 11/2/2023 12:23, 3:11 |
| B, S | 1820 | $1,000.00 | 10/1/2023 2:12 |
| B, T A | 5645 | $860.00 | 11/2/2023 0:54 |
| B, T M | 6445 | $960.00 | 1/1/2024 1:22 |
| B, Z | 2361 | $1,240.00 | 11/1/2023 01:45, 01:48 |
| B D, C | 0438 | $1,000.00 | 11/2/2023 0:34 |
| C, S L | 5200 | $1,160.00 | 1/1/2024 0:33 |
| C, A | 3040 | $800.00 | 2/2/2024 6:35 |
| C, A I | 3096 | $1,100.00 | 11/1/2023 1:36, 1:53 |
| C, B H | 0443 | $180.00 | 11/2/2023 1:34 |
| C, C | 3731 | $1,300.00 | 1/1/2024 0:53 |
| C, D M | 0079 | $200.00 | 1/3/2024 2:08 |

| | | | |
|---|---|---|---|
| C, G | 8412 | $720.00 | 1/3/2024 2:03 |
| C, J | 1774 | $200.00 | 11/2/2023 1:38 |
| C, J F | 8968 | $1,400.00 | 1/2/2024 1:07 |
| C, J J | 3412 | $100.00 | 11/2/2023 1:45 |
| C, J L | 3504 | $180.00 | 3/2/2024 6:36 |
| C, K R | 5975 | $200.00 | 1/3/2024 2:06 |
| C, M (1) | 9170 | $1,040.00 | 1/2/2024 0:34 |
| C, M (2) | 4803 | $860.00 | 1/3/2024 1:58 |
| C, M D | 4707 | $1,000.00 | 11/2/2023 0:27 |
| C, M H | 0605 | $720.00 | 2/2/2024 6:38 |
| C, N A | 0342 | $200.00 | 11/2/2023 1:45 |
| C, R (1) | 4096 | $540.00 | 2/1/2024 6:27 |
| C, R (2) | 2531 | $800.00 | 11/2/2023 0:43 |
| C, S J | 5465 | $1,480.00 | 1/1/2024 0:55 |
| C, T (1) | 5731 | $860.00 | 1/3/2024 2:02 |
| C, T (2) | 5477 | $1,320.00 | 1/2/2024 0:43 |
| C, T (3) | 0737 | $920.00 | 11/2/2023 0:47 |
| C, V | 6633 | $900.00 | 1/2/2024 1:03 |
| C, V E | 7929 & 1220 | $2,560.00 | 10/1/2023 2:11<br>1/1/2024 12:31 |
| C G, J | 9935 | $200.00 | 2/4/2024 6:13 |
| D, D D | 2899 | $860.00 | 11/2/2023 0:41 |
| D, J (1) | 9156 | $1,000.00 | 10/1/2023 2:10 |
| D, J (2) | 2357 | $1,160.00 | 1/2/2024 0:33 |
| D, J R | 6885 | $660.00 | 11/2/2023 0:56 |
| D, M J | 0006 | $1,000.00 | 11/2/2023 0:31 |
| D, M L | 9203 | $580.00 | 2/2/2024 6:40 |
| D, M T | 1049 | $1,920.00 | 1/2/2024 1:13, 1:14 |
| D, T N | 0858 | $1,040.00 | 1/1/2024 0:38 |
| D L P, F L | 6121 | $1,480.00 | 1/2/2024 0:28 |
| D P, E | 2408 | $200.00 | 11/2/2023 1:46 |
| E, A O | 1784 | $1,340.00 | 1/1/2024 0:32 |
| E, B | 5553 | $1,000.00 | 10/1/2023 1:53 |
| E, M | 7383 | $920.00 | 11/2/2023 0:50 |
| E, N G | 8917 | $760.00 | 11/2/2023 1:13 |
| E, O | 2921 | $1,300.00 | 1/1/2024 0:30 |
| F, A C | 2996 | $580.00 | 2/1/2024 6:29 |
| F, C | 1269 | $860.00 | 11/2/2023 1:02 |
| F, C R | 9732 | $1,000.00 | 2/1/2024 6:17 |
| F, C S | 1141 | $200.00 | 11/2/2023 1:39 |
| F, D | 1803 | $1,160.00 | 11/1/2023 1:33, 1:57 |
| F, D J | 3476 | $200.00 | 1/3/2024 2:11 |
| F, K | 7520 | $1,640.00 | 1/2/2024 0:27 |
| F, N | 2052 | $720.00 | 11/2/2023 0:58 |
| F, S R | 4180 | $740.00 | 11/2/2023 1:14 |

| Name | Number | Amount | Date |
|---|---|---|---|
| F, T | 5776 | $1,320.00 | 1/2/2024 0:29 |
| F, Y | 8107 | $1,400.00 | 1/1/2024 1:01 |
| F E, M A | 5856 | $260.00 | 2/1/2024 6:22 |
| F M, A O | 7952 | $1,400.00 | 1/1/2024 0:29 |
| G, A | 0001 | $1,320.00 | 1/2/2024 0:30 |
| G, A B | 1211 | $960.00 | 11/2/2023 1:03 |
| G, C | 5849 | $840.00 | 1/3/2024 2:00 |
| G, C R | 1899 | $160.00 | 1/2/2024 1:00 |
| G, D | 6459 | $1,500.00 | 11/1/2023 1:38, 1:55 |
| G, E | 7257 | $280.00 | 7/3/2023 0:22 |
| G, E R | 0660 | $1,000.00 | 10/1/2023 1:57 |
| G, H D | 9088 | $820.00 | 11/2/2023 0:48 |
| G, J A | 3162 | $180.00 | 2/2/2024 6:46 |
| G, K D | 7615 | $340.00 | 2/2/2024 6:44 |
| G, K R | 2748 | $860.00 | 11/2/2023 1:02 |
| G, M (1) | 6991 | $120.00 | 7/3/2023 0:19 |
| G, M (2) | 7102 | $1,000.00 | 10/1/2023 2:15 |
| G, M K | 3792 | $1,500.00 | 11/1/2023 1:37, 1:54 |
| G, N | 9738 | $1,000.00 | 10/1/2023 2:02 |
| G, S D | 3829 | $1,000.00 | 10/1/2023 1:58 |
| G H, Z G | 3874 | $1,160.00 | 1/2/2024 0:54 |
| G R, A | 5387 | $1,000.00 | 11/2/2023 0:28 |
| G V, D I | 1330 | $1,160.00 | 1/1/2024 0:34 |
| H, A | 2258 | $720.00 | 11/2/2023 1:15 |
| H, A K | 7667 | $200.00 | 11/2/2023 1:40 |
| H, C | 5599 | $1,160.00 | 1/2/2024 0:53 |
| H, C L | 5908 | $660.00 | 1/2/2024 1:10 |
| H, D M | 0362 | $200.00 | 2/4/2024 6:41 |
| H, D Y | 3107 | $1,160.00 | 1/2/2024 0:35 |
| H, J N | 3141 | $600.00 | 11/2/2023 1:10 |
| H, L (1) | 7490 | $220.00 | 2/4/2024 6:09 |
| H, L (2) | 4773 | $920.00 | 11/2/2023 0:52 |
| H, O J | 9005 | $240.00 | 2/1/2024 6:43 |
| H, S N | 6118 | $1,000.00 | 11/2/2023 0:32 |
| H, T M | 8727 | $1,000.00 | 10/1/2023 2:14 |
| I, M Y | 7696 | $1,340.00 | 11/2/2023 12:34, 3:16 |
| J, A K | 7257 | $1,160.00 | 1/2/2024 0:57 |
| J, A T | 5012 | $200.00 | 2/4/2024 6:12 |
| J, C J | 8761 | $1,000.00 | 10/1/2023 2:06 |
| J, D (1) | 3746 | $1,000.00 | 11/1/2023 1:46 |
| J, D (2) | 3746 | $160.00 | 11/1/2023 1:50 |
| J, D (3) | 1081 | $1,160.00 | 1/2/2024 1:03 |
| J, J A | 6133 | $920.00 | 11/2/2023 0:53 |

| | | | |
|---|---|---|---|
| J, K R | 3775 | $1,160.00 | 1/2/2024 1:06 |
| J, R L | 4197 | $680.00 | 1/3/2024 1:59 |
| J, T | 7500 | $1,160.00 | 1/2/2024 1:01 |
| J, Z G | 4601 | $1,000.00 | 11/2/2023 0:28 |
| K, K A | 6491 | $400.00 | 1/1/2024 0:54 |
| K, S | 9534 | $200.00 | 11/2/2023 1:37 |
| K, T O | 7882 | $180.00 | 3/2/2024 6:37 |
| K, W | 8364 | $580.00 | 2/1/2024 6:33 |
| L, A | 5947 | $1,400.00 | 1/2/2024 0:29 |
| L, B C | 8048 | $1,000.00 | 10/1/2023 1:59 |
| L, D G | 0637 | $1,100.00 | 1/2/2024 0:45 |
| L, D N | 0244 | $440.00 | 2/1/2024 6:20 |
| L, H | 8102 | $920.00 | 1/3/2024 1:56 |
| L, J P | 1307 | $1,320.00 | 11/2/2023 12:30, 3:14 |
| L, L | 5568 | $200.00 | 11/2/2023 1:40 |
| L, M | 0601 | $1,000.00 | 10/1/2023 2:13 |
| L, M F | 4083 | $500.00 | 2/1/2024 6:28 |
| L, M L | 3321 | $1,100.00 | 1/2/2024 0:36 |
| L, P | 4086 | $200.00 | 11/2/2023 1:49 |
| L, S P | 6366 | $1,000.00 | 11/2/2023 0:33 |
| L, Y | 1516 | $1,160.00 | 1/1/2024 0:38 |
| L P, B R | 7150 | $360.00 | 7/3/2023 0:17 |
| M, A (1) | 5889 | $200.00 | 11/2/2023 1:34 |
| M, A (2) | 4647 | $1,000.00 | 2/1/2024 6:16 |
| M, B T | 4939 | $200.00 | 1/3/2024 2:05 |
| M, C (1) | 7186 | $1,160.00 | 11/1/2023 1:34, 1:57 |
| M, C (2) | 5374 | $1,100.00 | 1/2/2024 0:58 |
| M, D | 9795 | $920.00 | 11/2/2023 1:14 |
| M, D E | 2411 | $1,000.00 | 11/2/2023 0:35 |
| M, D R | 5943 | $200.00 | 2/4/2024 6:08 |
| M, E | 7955 | $1,000.00 | 10/1/2023 2:04 |
| M, F A | 2099 | $200.00 | 1/3/2024 2:08 |
| M, J (1) | 8822 | $440.00 | 1/3/2024 2:04 |
| M, J (2) | 2478 | $560.00 | 11/2/2023 0:57 |
| M, J (3) | 3831 | $800.00 | 2/2/2024 6:36 |
| M, J M | 9225 | $340.00 | 1/1/2024 1:10 |
| M, M | 4975 | $120.00 | 11/2/2023 1:31 |
| M, M E | 2603 | $200.00 | 11/2/2023 1:30 |
| M, M R | 9888 | $1,180.00 | 1/1/2024 1:17 |
| M, N J | 1031 | $1,000.00 | 2/1/2024 6:13 |
| M, O | 1578 | $200.00 | 11/2/2023 1:35 |
| M, O J | 5329 | $920.00 | 11/2/2023 0:44 |
| M, R (1) | 6303 | $780.00 | 11/2/2023 1:03 |
| M, R (2) | 8311 | $200.00 | 11/2/2023 1:35 |

| | | | |
|---|---|---|---|
| M, S F | 6075 | $1,000.00 | 10/1/2023 2:03 |
| M, T | 7795 | $200.00 | 2/1/2024 6:45 |
| M, V H | 3485 | $180.00 | 3/2/2024 6:36 |
| M, V R | 0551 | $360.00 | 7/3/2023 0:18 |
| M R, J P | 7883 & 9125 | $2,160.00 | 1/1/2024 1:20, 2/1/2024 6:14 |
| N, D R | 8054 | $720.00 | 11/2/2023 0:58 |
| N, F | 8763 | $1,360.00 | 1/2/2024 1:04 |
| N, I U | 2526 & 5938 | $2,880.00 | 1/1/2024 12:57, 2/1/2024 6:15 |
| N, K | 1648 | $180.00 | 2/4/2024 6:42 |
| N, N D | 0116 | $1,400.00 | 1/2/2024 0:55 |
| N, P L | 2670 | $860.00 | 11/2/2023 1:05 |
| N, Q J | 9032 | $1,000.00 | 11/2/2023 0:32 |
| N, S | 4239 | $880.00 | 3/2/2024 6:27 |
| N, T (1) | 7289 | $1,000.00 | 2/1/2024 6:11 |
| N, T (2) | 7137 | $920.00 | 11/2/2023 1:13 |
| O, A M | 2163 | $580.00 | 2/2/2024 6:42 |
| O, B | 6129 | $600.00 | 2/2/2024 6:39 |
| O, E | 6533 | $200.00 | 1/3/2024 2:07 |
| O, H R | 4880 | $820.00 | 11/2/2023 0:46 |
| O, J A | 1566 | $200.00 | 11/2/2023 1:32 |
| O, M | 6808 | $1,400.00 | 1/2/2024 1:06 |
| O, S M | 4503 | $920.00 | 11/2/2023 0:51 |
| O, T S | 6141 | $920.00 | 11/2/2023 0:47 |
| P, B E | 1932 | $200.00 | 1/3/2024 2:09 |
| P, C T | 0597 | $200.00 | 1/3/2024 2:11 |
| P, D | 2081 | $920.00 | 11/2/2023 0:42 |
| P, E | 6960 | $200.00 | 2/4/2024 6:43 |
| P, J I | 7295 | $320.00 | 2/1/2024 6:43 |
| P, K M | 6873 | $440.00 | 11/2/2023 0:55 |
| P, L | 9863 | $1,160.00 | 11/1/2023 1:44, 1:51 |
| P, L C | 5016 | $220.00 | 2/4/2024 6:10 |
| P, M | 5261 | $580.00 | 2/1/2024 6:38 |
| P, M A | 5260 | $200.00 | 2/4/2024 6:14 |
| P, R | 3320 | $1,100.00 | 1/2/2024 0:46 |
| P, R J | 8059 | $820.00 | 11/2/2023 0:50 |
| P, R L | 5799 | $820.00 | 1/3/2024 2:01 |
| P, R R | 2734 | $860.00 | 11/2/2023 1:11 |
| P, S | 8872 | $200.00 | 2/4/2024 6:39 |
| P, S A | 2773 | $1,400.00 | 1/1/2024 1:00 |
| P, S C | 4986 | $920.00 | 11/2/2023 0:45 |
| R, A (1) | 8023 | $1,160.00 | 11/1/2023 1:41, 1:56 |
| R, A (2) | 0804 | $1,160.00 | 1/2/2024 0:48 |

EXHIBIT A (Restitution Table) | 24CR0967-JAH

| R, A (3) | 2776 | $1,400.00 | 1/2/2024 1:05 |
|---|---|---|---|
| R, A L | 0234 | $580.00 | 2/1/2024 6:30 |
| R, A R | 7961 | $1,400.00 | 1/1/2024 1:02 |
| R, C (1) | 1672 | $1,160.00 | 1/2/2024 0:45 |
| R, C (2) | 7917 | $400.00 | 3/2/2024 6:28 |
| R, D E | 5314 | $1,500.00 | 11/2/2023 12:23, 3:11 |
| R, E | 4106 | $1,320.00 | 1/2/2024 0:44 |
| R, J (1) | 9415 | $1,220.00 | 1/1/2024 1:18 |
| R, J (2) | 8756 | $1,100.00 | 1/2/2024 0:34 |
| R, J (3) | 9520 | $1,340.00 | 1/1/2024 1:08 |
| R, J (4) | 9944 | $580.00 | 2/1/2024 6:26 |
| R, J B | 5330 | $300.00 | 2/2/2024 6:45 |
| R, J L | 5601 | $1,160.00 | 1/2/2024 0:37 |
| R, J M | 0887 | $200.00 | 2/4/2024 6:41 |
| R, J Y | 4682 | $720.00 | 11/2/2023 0:56 |
| R, K L | 0256 | $440.00 | 2/1/2024 6:32 |
| R, L | 7788 | $680.00 | 11/2/2023 1:01 |
| R, M | 9415 | $1,200.00 | 1/1/2024 1:13 |
| R, P J | 6873 | $1,100.00 | 11/1/2023 1:40, 1:59 |
| R, R (1) | 0592 | $1,640.00 | 1/2/2024 0:58 |
| R, R (2) | 5256 | $200.00 | 11/2/2023 1:44 |
| R, S | 8740 | $920.00 | 11/2/2023 0:48 |
| R, V M | 1759 | $200.00 | 11/2/2023 1:48 |
| R, Z | 7851 | $1,100.00 | 1/1/2024 0:37 |
| R M, G | 6037 | $680.00 | 11/2/2023 0:59 |
| R P, M A | 9174 | $920.00 | 11/2/2023 0:49 |
| R R, L A | 2379 | $680.00 | 1/3/2024 2:00 |
| S, A | 8266 | $1,300.00 | 11/2/2023 12:31, 3:13 |
| S, A D | 7963 | $1,160.00 | 1/2/2024 1:11 |
| S, B J | 3793 | $200.00 | 11/2/2023 1:49 |
| S, D | 0092 | $920.00 | 1/3/2024 1:56 |
| S, D M | 6166 | $1,220.00 | 1/1/2024 1:12 |
| S, K D | 0403 | $200.00 | 2/4/2024 6:38 |
| S, K L | 3008 | $820.00 | 1/3/2024 1:53 |
| S, L S (1) | 3446 | $580.00 | 2/2/2024 6:40 |
| S, L S (2) | 1871 | $1,000.00 | 11/1/2023 1:39 |
| S, M B | 0040 | $1,000.00 | 2/1/2024 6:13 |
| S, R E | 4426 | $1,000.00 | 11/2/2023 0:26 |
| S, S | 3979 | $200.00 | 11/2/2023 1:36 |
| S, T M | 1385 | $220.00 | 2/1/2024 6:45 |
| S D, D | 9014 | $1,000.00 | 10/1/2023 2:01 |
| T, B | 9393 | $360.00 | 7/3/2023 0:21 |
| T, J I | 6676 | $860.00 | 11/2/2023 1:06 |

| | | | |
|---|---|---|---|
| T, K J | 9130 | $860.00 | 11/2/2023 0:40 |
| T, M R | 1060 | $680.00 | 11/2/2023 1:00 |
| T, N C | 3073 | $580.00 | 2/1/2024 6:37 |
| T, V | 8133 | $1,400.00 | 1/1/2024 0:30 |
| V, C | 9415 | $1,160.00 | 1/2/2024 0:32 |
| V, D | 6443 | $580.00 | 2/1/2024 6:25 |
| W, C | 0131 | $200.00 | 1/3/2024 2:10 |
| W, C D | 2355 | $620.00 | 11/2/2023 0:59 |
| W, C L | 0296 | $1,000.00 | 10/1/2023 2:09 |
| W, D A | 8155 | $200.00 | 11/2/2023 1:41 |
| W, J D | 0612 | $200.00 | 1/3/2024 2:07 |
| W, T | 0568 | $680.00 | 11/2/2023 1:07 |
| W, T B | 6398 | $720.00 | 1/3/2024 2:04 |
| W, V D L | 9793 | $200.00 | 2/4/2024 6:37 |
| Y, Z S | 2789 | $800.00 | 2/2/2024 6:34 |
| Z, A | 3850 | $580.00 | 2/2/2024 6:39 |
| Z, B A | 9695 | $580.00 | 2/1/2024 6:31 |
| Z, C | 4425 | $1,000.00 | 10/1/2023 1:52 |
| Z, M | 1909 | $100.00 | 3/2/2024 6:30 |
| Z, S | 5990 | $540.00 | 2/1/2024 6:23 |
| Z, Y | 3878 | $1,400.00 | 11/1/2023 1:42, 1:52 |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 24-CR-0967-JAH |
|---|---|
| Plaintiff, | FIRST AMENDED ORDER OF CRIMINAL FORFEITURE |
| v. | |
| CATALIN CRACIUN, | |
| Defendant. | |

Based upon the Government's Motion for a First Amended Order of Criminal Forfeiture and good cause appearing therefor,

IT IS HEREBY ORDERED that the Motion is granted as set forth below.

1. On December 9, 2024, this Court entered its Preliminary Order of Criminal Forfeiture, which condemned and forfeited to the United States all right, title and interest of CATALIN CRACIUN ("Defendant") in the following firearms and ammunition pursuant to Title 18, United States Code, Section 982(a)(2)(B), and 1029(c)(1)(C), including but not limited to the following:

    a. One (1) Black Apple iPhone;

    b. Altered debit/gift cards;

    c. $665.00 U.S. Currency; and

2. For thirty (30) consecutive days ending on January 10, 2025, the United States published on its forfeiture website, www.forfeiture.gov, notice of the

1 | Court's Order and the United States' intent to dispose of the specific properties in
2 | such manner as the Attorney General may direct, pursuant to 21 U.S.C. § 853(n) and
3 | Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset
4 | Forfeiture Actions, and further notifying all third parties of their right to petition the
5 | Court within thirty (30) days of the final publication for a hearing to adjudicate the
6 | validity of their alleged legal interest in the specific properties.

7 |     3.    Thirty (30) days have passed following the final date of notice by
8 | publication and notice by Federal Express, and no third party has made a claim to or
9 | declared any interest in the forfeited specific properties described above.

10 |     4.    The United States Secret Service ("USSS") later identified assets seized
11 | from Defendant that are also subject to forfeiture pursuant to Defendant's Plea
12 | Agreement and Forfeiture Addendum, wherein Defendant agreed to "forfeit to the
13 | United States all property seized in connection with this case, including but not
14 | limited to . . . ." Therefore, the United States seeks to amend the forfeiture to
15 | include, Romanian Currency, value: 20 Lei.

16 |     5.    Therefore, the Court is requested to enter a First Amended Order of
17 | Forfeiture, completing the forfeiture in favor of the United States as to the items
18 | described in the Preliminary Order of Forfeiture and also entering an order forfeiting
19 | Defendant's interest in the additional property described above, which is proceeds
20 | used in commission of the offense in violation of 18, U.S.C. §§ 1029(a)(2), (b)(1),
21 | (b)(2), as charged in Counts 1 and 2 and are subject to forfeiture pursuant 18 U.S.C
22 | §§ 982(a)(2)(B) and 1029 (c)(1)(C) and 28, U.S.C. § 2461(c).

23 |     6.    By virtue of the facts set forth in the Plea Agreement and Forfeiture
24 | Addendum, the United States established the requisite nexus between the additional
25 | assets and the offenses.

26 |     7.    By virtue of the facts set forth in the Plea Agreement and Forfeiture
27 | Addendum, the United States established the requisite nexus between the additional
28 | assets and the offenses.

8. By virtue of Defendant's guilty plea, the United States is now entitled to possession of the additional assets, pursuant to 18 U.S.C §§ 982(a)(2)(B) and 1029 (c)(1)(C) and 28, U.S.C. § 2461(c), and Rule 32.2(b) of the Federal Rules of Criminal Procedure and has requested the authority to take custody of the additional Romanian Currency which was found forfeitable by the Court.

9. The United States has submitted the text of the Motion and Order to Defendant through their attorney of record, to review, and no objections have been received.

Accordingly, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Based upon the guilty plea of the Defendant, the United States is hereby authorized to take custody and control of the additional Romanian currency, and all right, title and interest of Defendant CATALIN CRACIUN in the Romanian Currency, value: 20 Lei are hereby forfeited to the United States pursuant to 18 U.S.C §§ 982(a)(2)(B) and 1029 (c)(1)(C) and 28, U.S.C. § 2461(c), for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n).

2. The additional Romanian Currency is the be held by the United States Secret Service ("USSS") in its secure custody and control.

3. Pursuant to Rule 32.2(b) and (c), the United States is hereby authorized to begin proceedings consistent with any statutory requirements pertaining to ancillary hearings and rights of third parties. The Court shall conduct ancillary proceedings as the Court deems appropriate only upon the receipt of timely third-party petitions filed with the Court and served upon the United States. The Court may determine any petition without the need for further hearings upon the receipt of the Government's response to any petition. The Court may enter a second amended order without further notice to the parties.

4. Pursuant to the Attorney General's authority under Section 853(n)(1) of Title 21, United States Code, Rule 32.2(b)(6), Fed. R. Crim. P., and Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions,

- 3 -                                24-CR-0967

1  the United States forthwith shall publish for thirty (30) consecutive days on the
2  Government's forfeiture website, www.forfeiture.gov, notice of this Order, notice of
3  the United States' intent to dispose of the additional Romanian currency in such
4  manner as the Attorney General may direct, and notice that any person, other than the
5  Defendant, having or claiming a legal interest in the above-listed forfeited Romanian
6  currency must file a petition with the Court within thirty (30) days of the final
7  publication of notice or of receipt of actual notice, whichever is earlier.

8      5.   This notice shall state that the petition shall be for a hearing to
9  adjudicate the validity of the petitioner's alleged interest in the additional Romanian
10 currency, shall be signed by the petitioner under penalty of perjury, and shall set forth
11 the nature and extent of the petitioner's right, title or interest in the forfeited
12 Romanian currency and any additional facts supporting the petitioner's claim and the
13 relief sought.

14     6.   The United States shall also, to the extent practicable, provide direct
15 written notice to any person known to have alleged an interest in the additional
16 Romanian currency that are the subject of the First Amended Order of Criminal
17 Forfeiture, as a substitute for published notice as to those persons so notified.

18     7.   Upon adjudication of all third-party interests, this Court will enter a
19 Second Amended Order of Forfeiture pursuant to 21 U.S.C. § 853(n) as to all of the
20 above assets, including those in the Preliminary Order and in this First Amended
21 Order, in which all interests will be addressed.

22     8.   Pursuant to Rule 32.2(b)(4), this First Amended Order of Forfeiture shall
23 be made final as to the Defendant at the time of sentencing.

24 DATED: April 28, 2025

_____
Honorable John A. Houston
United States District Court Judge